**DECLARATION**

The undersigned Declarant, states on oath and deposes as follows:

1.

I am over the age of eighteen (18) years and am legally competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2.

My name is Kerry W. Koon. I understand that this Declaration is given in connection with a lawsuit filed on my behalf to recover stolen funds.

3.

I am a lawyer admitted in the State of South Carolina, with offices in Charleston, South Carolina.

4.

In October and November 2024, I was assisting as the buyer's counsel with closing a transaction for the purchase of real estate located in Charleston, South Carolina. The transaction closed on October 22, 2024 (the "Real Estate Closing"), and the paydown of the mortgage occurred on November 12, 2024.

5.

Prior to November 12, 2024, one or more unknown persons hacked into communications among the parties to the Real Estate Closing through unknown means, posed as a representative of the bank that was to receive a mortgage paydown, and provided to my office false wire instructions ("Fraudulent Wire Instructions") directing my office wire a mortgage paydown connected to the Real Estate Closing to the Citibank 8067 Account.

6.

In reliance on the Fraudulent Wire Instructions, I wired the sum of $701,455 from my practice's Wells Fargo Account to the Citibank 8067 Account (the "Wire Transfer").

7.

Following the Wire Transfer, I was informed by the seller's attorney that the funds were not received by the mortgage holder and by Wells Fargo that Citibank's fraud department had closed the Citibank 8067 Account.

8.

I do not know the identity of the owner of the Citibank 8067 Account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this, the 6th day of Feb., 2025.

Kerry W. Koon, Declarant